IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.
05 OCT 11 AM 11: 25
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

HARRY VANSTORY, SR.
AND HARRY VANSTORY, JR.,

    Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant.

No. 05-2215-MI AN
Jury Requested

## ORDER

Plaintiff having given notice of voluntary non-suit,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this cause be and the same is hereby dismissed without prejudice and the costs be assessed against Plaintiff.

This the ___7___ day of October, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-11-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02215 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Honorable Jon McCalla
US DISTRICT COURT