IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 11 AM 11: 25
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| HARRY VANSTORY, SR., and HARRY VANSTORY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 05-2215 Ml/A ) ) ) ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's notice of voluntary non-suit,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order, entered October 7, 2005, this case is DISMISSED without prejudice.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Oct. 7, 2005
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02215 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Honorable Jon McCalla
US DISTRICT COURT